RECEIVED
DEC 1 2 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

FILED

E-filing

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Thad A. Davis (Bar No. 220503)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: thaddavis@quinnemanuel.com

Attorneys for Defendants
TERAYON COMMUNICATION SYSTEMS, INC., ZAKI RAKIB, and SHLOMO RAKIB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TERAYON COMMUNICATION SYSTEMS, INC. SECURITIES LITIGATION | Case No.: C-00-1967-MHP<br><br>**CLASS ACTION**<br><br>**DEFENDANT SHLOMO RAKIB'S NOTICE OF SUBSTITUTION OF COUNSEL** |

1 | TO THE COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

2 | PLEASE TAKE NOTICE THAT Defendant Shlomo Rakib hereby substitutes Thad A. Davis of Quinn Emanuel Urquhart Oliver & Hedges, LLP as attorneys of record in place of Melvin R. Goldman, Jordan Eth, Christopher A. Patz, Eric M. Brooks, and Paul H. Goldstein of Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105, telephone number (415) 268-7000 and 755 Page Mill Road, Palo Alto, California 94304, telephone number (650) 813-5600. Mr. Davis is admitted to practice before this Court.

Dated: November 30, 2005

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Thad A. Davis
Attorneys for Defendants
TERAYON COMMUNICATION SYSTEMS, INC., ZAKI RAKIB, and SHLOMO RAKIB

WE CONSENT TO THE ABOVE SUBSTITUTION:

Dated: ~~November~~ December 9, 2005

MORRISON & FOERSTER LLP

By _____
Jordan Eth

Dated: November 30, 2005

By _____
Shlomo Rakib

IT IS SO ORDERED.
Dated: ~~November~~ December 15, 2005

_____
JUDGE MARILYN HALL PATEL

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor, San Francisco, California 94111.

On December 12, 2005, I served true copies of the following document(s) described as **DEFENDANT SHLOMO RAKIB'S NOTICE OF SUBSTITUTION OF COUNSEL** on the parties in this action as follows:

## SEE ATTACHED LIST

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

**BY FACSIMILE:** On December 12, 2005, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (415) 875-6700. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 12, 2005, at San Francisco, California.

*Amber E. Burns*

## SERVICE LIST
### In re Terayon Communications
### Case No. C-00-1967-MHP

| | |
|---|---|
| [FM] William S. Lerach<br>LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Tel. 619/ 231-1058<br>Fax 619/ 231-7423<br>bill@lerachlaw.com<br>*Lead Counsel for Plaintiffs* | [FM] Charles J. Landy<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2300 N Street, N.W.<br>Washington, DC 20037<br>Tel. 202/ 663-8358<br>Fax 202/ 663-8359<br>charles.landy@pillsburylaw.com<br>*Lead Counsel for Cardinal Partners* |
| [FM] Patrick J. Coughlin<br>Jeffery W. Lawrence<br>Christopher P. Seefer<br>Eli R. Greenstein<br>LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Tel. 415/ 288-4545<br>Fax 415/ 288-4534<br>patc@lerachlaw.com<br>jeffreyl@lerachlaw.com<br>chriss@lerachlaw.com<br>elig@lerachlaw.com<br>*Lead Counsel for Plaintiffs* | [FM] Mark W. Bayer<br>GARDERE WYNNE SEWELL, LLP<br>300 Thanksgiving Tower<br>Dallas, TX 75201<br>Tel. 214/ 999-3000<br>Fax 214/ 999-3521<br>mbayer@gardere.com<br>*Co-Lead Counsel for Cardinal Partners* |
| [FM] Sandy A. Liebhard<br>Keith M. Fleischman<br>Jeffrey M. Haber<br>Timothy J. MacFall<br>BERNSTEIN LIEBHARD & LIFSHITZ, LLP<br>10 East 40th Street<br>New York, NY 10016<br>Tel. 212/ 779-1414<br>Fax 212/ 779-3218<br>liebhard@bernlieb.com<br>fleischman@bernlieb.com<br>haber@bernlieb.com<br>macfall@bernlieb.com<br>*Co-Lead Counsel for Plaintiffs* | |