1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In Re TERAYON COMMUNICATION SYSTEMS, INC. SECURITIES LITIGATION | Case No. C-00-1967-MHP<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE** |
|---|---|

20011/1818047.1

Case No. C-00-1967-MHP
STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE

1  WHEREAS the parties wish to modify the briefing schedule for the supplemental
2  summary judgment motions;
3  THEREFORE, the parties stipulate and agree that supplemental reply summary
4  judgment briefs shall be due on February 3, 2006.

5

6  DATED: January 20, 2006           QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP
7                                    DUANE LYONS
                                     THAD DAVIS
8                                    IRIS K. WOON

9

10                                   By _Thad A. Davis /JLW_____
                                        THAD A. DAVIS
11
                                     865 S. Figueroa St., 10th Floor
12                                   Los Angeles, CA 90017
                                     (213) 443-3000
13                                   fax (213) 443-3100

14                                   QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES LLP
15                                   JENNIE L. WANG
                                     50 California Street, 22nd Floor
16                                   San Francisco, CA 94111
                                     (415) 875-6600
17                                   fax (415) 875-6700

18                                   Attorneys for Defendants
                                     Terayon Communication Systems, Inc., Zaki
19                                   Rakib, Schlomo Rakib, and Raymond Fritz

20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 20, 2006 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 3 | | PATRICK J. COUGHLIN |
| | | JEFFREY W. LAWRENCE |
| 4 | | CHRISTOPHER P. SEEFER |
| | | ELI R. GREENSTEIN |

By *Jeffrey W. Lawrence /JLW*
JEFFREY W. LAWRENCE

100 Pine Street, Suite 2600
San Francisco, CA 94111
(415) 288-4545
fax (415) 288-4534

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058
fax (619) 231-7423

BERNSTEIN LIEBHARD & LIFSHITZ, LLP
SANDY A. LIEBHARD
KEITH M. FLEISCHMAN
JEFFREY M. HABER
TIMOTHY J. MacFALL
10 East 40th Street
New York, NY 10016
(212) 799-1414
fax (212) 799-3218

Co-Lead Counsel for Plaintiffs

DATED: January 24, 2006

_____
THE HONORABLE MARILYN HALL PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

Case No. C-00-1967-MHP
STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor, San Francisco, California 94111.

On January 20, 2006, I served true copies of the following document(s) described as

**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE**

on the parties in this action as follows:

**SEE ATTACHED LIST**

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid. *(Indicated on the attached address list by an [M] next to the address.)*

**BY FACSIMILE:** At or before 5:00 p.m. on January 20, 2006, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (415) 875-6700. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error. *(Indicated on the attached address list by an [F] next to the address.)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 20, 2006, at San Francisco, California.

Amber Burns

**SERVICE LIST**
**In re Terayon Securities Litigation**
**Case No. C-00-1967-MHP**

| | |
|---|---|
| [F/M] Patrick J. Coughlin<br>Jeffery W. Lawrence<br>Christopher P. Seefer<br>Eli R. Greenstein<br>LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Tel. 415/ 288-4545<br>Fax 415/ 288-4534<br>patc@lerachlaw.com<br>jeffreyl@lerachlaw.com<br>chriss@lerachlaw.com<br>elig@lerachlaw.com<br>*Lead Counsel for Plaintiffs* | [F/M] Charles J. Landy<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2300 N Street, N.W.<br>Washington, DC 20037<br>Tel. 202/ 663-8358<br>Fax 202/ 663-8359<br>charles.landy@pillsburylaw.com<br>*Lead Counsel for Cardinal Partners* |
| [F/M] William S. Lerach<br>LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Tel. 619/ 231-1058<br>Fax 619/ 231-7423<br>bill@lerachlaw.com<br>*Lead Counsel for Plaintiffs* | [F/M] Mark W. Bayer<br>GARDERE WYNNE SEWELL, LLP<br>300 Thanksgiving Tower<br>Dallas, TX 75201<br>Tel. 214/ 999-3000<br>Fax 214/ 999-3521<br>mbayer@gardere.com<br>*Co-Lead Counsel for Cardinal Partners* |
| [F/M] Sandy A. Liebhard<br>Keith M. Fleischman<br>Jeffrey M. Haber<br>Timothy J. MacFall<br>BERNSTEIN LIEBHARD & LIFSHITZ. LLP<br>10 East 40th Street<br>New York, NY 10016<br>Tel. 212/ 779-1414<br>Fax 212/ 779-3218<br>liebhard@bernlieb.com<br>fleischman@bernlieb.com<br>haber@bernlieb.com<br>macfall@bernlieb.com<br>*Co-Lead Counsel for Plaintiffs* | |