1   LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
2   WILLIAM S. LERACH (68581)
    655 West Broadway, Suite 1900
3   San Diego, CA 92101
    Telephone: 619/231-1058
4   619/231-7423 (fax)
    BillL@lerachlaw.com
5       – and –
    PATRICK J. COUGHLIN (111070)
6   JEFFREY W. LAWRENCE (166806)
    CHRISTOPHER P. SEEFER (201197)
7   ELI R. GREENSTEIN (217945)
    100 Pine Street, Suite 2600
8   San Francisco, CA 94111
    Telephone: 415/288-4545
9   415/288-4534 (fax)
    PatC@lerachlaw.com
10   JeffreyL@lerachlaw.com
    ChrisS@lerachlaw.com
11   EliG@lerachlaw.com

12   BERNSTEIN LIEBHARD & LIFSHITZ, LLP
    SANDY A. LIEBHARD
13   KEITH M. FLEISCHMAN
    JEFFREY M. HABER
14   TIMOTHY J. MacFALL
    10 East 40th Street
15   New York, NY 10016
    Telephone: 212/779-1414
16   212/779-3218 (fax)

17   Co-Lead Counsel for Plaintiffs

18          UNITED STATES DISTRICT COURT

19          NORTHERN DISTRICT OF CALIFORNIA

20   In re TERAYON COMMUNICATION     )   Master File No. C-00-1967-MHP
    SYSTEMS, INC. SECURITIES LITIGATION )
21   _____ )   CLASS ACTION
                                     )
22   This Document Relates To:             )   STIPULATION AND [PROPOSED]
                                     )   ORDER MODIFYING CASE SCHEDULE
23       ALL ACTIONS.                   )
    _____ )
24

25

26

27

28

FILED

FEB - 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    WHEREAS, on January 3, 2006, the Court issued an order modifying the schedule for the

2  remainder of the case including dates for filing supplemental summary judgment briefs, completing

3  expert discovery and filing *in limine* motions;

4    WHEREAS, on January 10, 2006, the Court issued an order that required supplemental

5  summary judgment opposition briefs to be filed on January 9, 2006 and changed the date for the

6  summary judgment hearing from February 2, 2006 to February 27, 2006;

7    WHEREAS, on January 24, 2006, the Court issued an order requiring supplemental summary

8  judgment reply briefs to be filed by February 3, 2006;

9    THEREFORE, the parties stipulate and agree as follows:

10    1.    Supplemental summary judgment reply briefs shall be due on February 3, 2006.

11    2.    The hearing on the parties' motions for summary judgment shall be on February 27,

12  2006 at 2:00 p.m.

13    3.    Supplemental expert disclosures shall be due on March 3, 2006.

14    4.    Expert discovery shall be completed by March 31, 2006.

15    5.    *In limine* motions (including any motions to exclude expert testimony) shall be filed

16  by April 14, 2006.

17    6.    Opposition *in limine* motions shall be filed by May 5, 2006.

18    7.    Reply *in limine* motions shall be filed by May ~~15~~ 2006.

19    8.    The hearing of the parties' *in limine* motions shall be on May ~~26~~ 24, 2006. @ 2:30pm .

20    9.    The trial date shall remain June ~~12~~ 13, 2006. @ 8:30 am

21  DATED: February 1, 2006                    LERACH COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP
22                                             PATRICK J. COUGHLIN
                                               JEFFREY W. LAWRENCE
23                                             CHRISTOPHER P. SEEFER
                                               ELI R. GREENSTEIN
24

25
                                                          /s/
26                                             JEFFREY W. LAWRENCE

27

28

STIP & [PROPOSED] ORDER MODIFYING CASE SCHEDULE  - C-00-1967-MHP        - 1 -

1

2      100 Pine Street, Suite 2600
       San Francisco, CA 94111
3      Telephone: 415/288-4545
       415/288-4534 (fax)

4
       LERACH COUGHLIN STOIA GELLER
5        RUDMAN & ROBBINS LLP
       WILLIAM S. LERACH
6      655 West Broadway, Suite 1900
       San Diego, CA 92101
7      Telephone: 619/231-1058
       619/231-7423 (fax)

8
       BERNSTEIN LIEBHARD & LIFSHITZ, LLP
9      SANDY A. LIEBHARD
       KEITH M. FLEISCHMAN
10     JEFFREY M. HABER
       TIMOTHY J. MacFALL
11     10 East 40th Street
       New York, NY 10016
12     Telephone: 212/779-1414
       212/779-3218 (fax)

13
       Co-Lead Counsel for Plaintiffs

14
       DATED: February 1, 2006          QUINN EMANUEL URQUHART OLIVER
15                                         & HEDGES LLP
                                         THAD A. DAVIS
16                                       IRIS WOON

17

18                                              /s/
                                         THAD A. DAVIS
19
                                         865 S. Figueroa St., 10th Floor
20                                       Los Angeles, CA 90017
                                         Telephone: 213/624-7707
21                                       213/624-0643 (fax)

22                                       QUINN EMANUEL URQUHART OLIVER
                                           & HEDGES LLP
23                                       JENNIE L. WANG
                                         50 California Street, 22nd Floor
24                                       San Francisco, CA 94111
                                         Telephone: 415/875-6600
25                                       415/875-6700 (fax)

26                                       Attorneys for Defendants Terayon
                                         Communication Systems, Inc., Zaki Rakib,
27                                       Shlomo Rakib, and Raymond M. Fritz

28

1    I, Jeffrey W. Lawrence, am the ECF User whose ID and password are being used to file this

2    Stipulation and [Proposed] Order Modifying Case Schedule. In compliance with General Order 45,

3    X.B., I hereby attest that Thad A. Davis has concurred in this filing.

4

5                                             /s/
                                     JEFFREY W. LAWRENCE

6

7                              *       *       *

8                            ORDER

9    IT IS SO ORDERED.

10   DATED:                    THE HONORABLE MARILYN HALL PATEL
                               UNITED STATES DISTRICT JUDGE

11
     T:\CasesSF\Terayon\STP00027113.doc
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     STIP & [PROPOSED] ORDER MODIFYING CASE SCHEDULE  - C-00-1967-MHP        - 3 -

1    DECLARATION OF SERVICE BY FACSIMILE

2    I, the undersigned, declare:

3    1.    That declarant is and was, at all times herein mentioned, a citizen of the United States

4    and employed in the City and County of San Francisco, over the age of 18 years, and not a party to

5    or interested party in the within action; that declarant's business address is 100 Pine Street,

6    Suite 2600, San Francisco, California 94111.

7    2.    That on February 1, 2006, declarant served by facsimile the **STIPULATION AND**

8    **[PROPOSED] ORDER MODIFYING CASE SCHEDULE**to the parties listed on the attached

9    Service List.

10    3.    That there is a regular communication by facsimile between the place of origin and

11    the places so addressed.

12    I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day

13    of February, 2005, at San Francisco, California.

14

15                                              /s/
                                        CAROLYN BURR

16

17

18

19

20

21

22

23

24

25

26

27

28