QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Thad A. Davis (Bar No. 220503)
thaddavis@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendants
TERAYON COMMUNICATION SYSTEMS, INC., ZAKI RAKIB, SHLOMO RAKIB, and RAYMOND M. FRITZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re TERAYON COMMUNICATION SYSTEMS, INC. SECURITIES LITIGATION | CASE NO. C-00-1967-MHP <br> **CLASS ACTION** <br> DEFENDANT MARK STEVENS' NOTICE OF SUBSTITUTION OF COUNSEL |
|---|---|

20011/1827307.1

Case No. C-00-1967-MHP    CLASS ACTION
DEFENDANT MARK STEVENS' NOTICE OF SUBSTITUTION OF COUNSEL

1  TO THE COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT Defendant Mark Stevens hereby substitutes Thad A.
3  Davis of Quinn Emanuel Urquhart Oliver & Hedges, LLP as attorneys of record in place of
4  Melvin R. Goldman, Jordan Eth, Christopher A. Patz, Eric M. Brooks, and Paul H. Goldstein of
5  Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105, telephone number
6  (415) 268-7000 and 755 Page Mill Road, Palo Alto, California 94304, telephone number (650)
7  813-5600. Mr. Davis is admitted to practice before this Court.

9  Dated: February 9, 2006

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By _Thad A. Davis/JLW_____
Thad A. Davis
Attorneys for Defendants
TERAYON COMMUNICATION SYSTEMS,
INC., ZAKI RAKIB, SHLOMO RAKIB, and
RAYMOND M. FRITZ

16  WE CONSENT TO THE ABOVE SUBSTITUTION:

17  Dated: February 17, 2006

MORRISON & FOERSTER LLP

By _____
Jordan Eth

21  Dated: February 9, 2006

By _____
Mark Stevens

24  IT IS SO ORDERED.

25  Dated: February 24, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor, San Francisco, California 94111.

On February 23, 2006, I served true copies of the following document(s) described as

**DEFENDANT MARK STEVENS' NOTICE OF SUBSTITUTION OF COUNSEL**

on the parties in this action as follows:

**SEE ATTACHED LIST**

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid. *(Indicated on the attached address list by an [M] next to the address.)*

**BY FACSIMILE:** At or before 5:00 p.m. on February 23, 2006, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (415) 875-6700. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error. *(Indicated on the attached address list by an [F] next to the address.)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 23, 2006, at San Francisco, California.

_____
Amber Burns

Case No. C-00-1967-MHP    -1-    CLASS ACTION

PROOF OF SERVICE

## SERVICE LIST
### In re Terayon Securities Litigation
### Case No. C-00-1967-MHP

| | |
|---|---|
| [F/M] Sandy A. Liebhard<br>Keith M. Fleischman<br>Jeffrey M. Haber<br>Timothy J. MacFall<br>BERNSTEIN LIEBHARD & LIFSHITZ. LLP<br>10 East 40th Street<br>New York, NY 10016<br>Tel. 212/ 779-1414<br>Fax 212/ 779-3218<br>liebhard@bernlieb.com<br>fleischman@bernlieb.com<br>haber@bernlieb.com<br>macfall@bernlieb.com<br>*Co-Lead Counsel for Plaintiffs* | [F/M] Charles J. Landy<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2300 N Street, N.W.<br>Washington, DC 20037<br>Tel. 202/ 663-8358<br>Fax 202/ 663-8359<br>charles.landy@pillsburylaw.com<br>*Lead Counsel for Cardinal Partners* |
| [M] Brian A. Eddington<br>Law Offices of Brian A. Eddington<br>8941 Jefferson Highway<br>Ste. 200<br>Baton Rouge, LA 90809<br>*Co-Lead Counsel for Plaintiffs* | [F/M] Mark W. Bayer<br>GARDERE WYNNE SEWELL, LLP<br>300 Thanksgiving Tower<br>Dallas, TX 75201<br>Tel. 214/ 999-3000<br>Fax 214/ 999-3521<br>mbayer@gardere.com<br>*Co-Lead Counsel for Cardinal Partners* |