1 | LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
2 | WILLIAM S. LERACH (68581)
    655 West Broadway, Suite 1900
3 | San Diego, CA  92101
    Telephone:  619/231-1058
4 | 619/231-7423 (fax)
    BillL@lerachlaw.com
5 |      – and –
    PATRICK J. COUGHLIN (111070)
6 | JEFFREY W. LAWRENCE (166806)
    CHRISTOPHER P. SEEFER (201197)
7 | ELI R. GREENSTEIN (217945)
    100 Pine Street, Suite 2600
8 | San Francisco, CA  94111
    Telephone:  415/288-4545
9 | 415/288-4534 (fax)
    PatC@lerachlaw.com
10 | JeffreyL@lerachlaw.com
    ChrisS@lerachlaw.com
11 | EliG@lerachlaw.com

12 | BERNSTEIN LIEBHARD & LIFSHITZ, LLP
    SANDY A. LIEBHARD
13 | KEITH M. FLEISCHMAN
    JEFFREY M. HABER
14 | TIMOTHY J. MacFALL
    10 East 40th Street
15 | New York, NY  10016
    Telephone:  212/779-1414
16 | 212/779-3218 (fax)

17 | Co-Lead Counsel for Plaintiffs

18 | UNITED STATES DISTRICT COURT

19 | NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re TERAYON COMMUNICATION SYSTEMS, INC. SECURITIES LITIGATION | Master File No. C-00-1967-MHP |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE REGARDING SUPPLEMENTAL EXPERT REPORTS *ONLY* (ALL OTHER DATES TO REMAIN UNCHANGED) |
| ALL ACTIONS. | |

As a result of recent scheduling matters, the parties hereby stipulate and agree that supplemental expert disclosures shall be due on March 10, 2006. All other dates shall remain the same.

DATED: March 2, 2006                     LERACH COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
                                         PATRICK J. COUGHLIN
                                         JEFFREY W. LAWRENCE
                                         CHRISTOPHER P. SEEFER
                                         ELI R. GREENSTEIN


                                                     /s/
                                         JEFFREY W. LAWRENCE


                                         100 Pine Street, Suite 2600
                                         San Francisco, CA  94111
                                         Telephone:  415/288-4545
                                         415/288-4534 (fax)

                                         LERACH COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
                                         WILLIAM S. LERACH
                                         655 West Broadway, Suite 1900
                                         San Diego, CA  92101
                                         Telephone:  619/231-1058
                                         619/231-7423 (fax)

                                         BERNSTEIN LIEBHARD & LIFSHITZ, LLP
                                         SANDY A. LIEBHARD
                                         KEITH M. FLEISCHMAN
                                         JEFFREY M. HABER
                                         TIMOTHY J. MacFALL
                                         10 East 40th Street
                                         New York, NY  10016
                                         Telephone:  212/779-1414
                                         212/779-3218 (fax)

                                         Co-Lead Counsel for Plaintiffs

DATED: March 2, 2006                     QUINN EMANUEL URQUHART OLIVER
                                            & HEDGES LLP
                                         THAD A. DAVIS
                                         IRIS WOON


                                                     /s/
                                         THAD A. DAVIS


STIP AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE RE SUPPLEMENTAL EXPERT
REPORTS ONLY (ALL OTHER DATES TO REMAIN UNCHANGED) - C-00-1967-MHP          - 1 -

|   |   |
|---|---|
| 1 | 865 S. Figueroa St., 10th Floor |
| 2 | Los Angeles, CA  90017<br>Telephone: 213/624-7707 |
| 3 | 213/624-0643 (fax) |

QUINN EMANUEL URQUHART OLIVER
 & HEDGES LLP
JENNIE L. WANG
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone: 415/875-6600
415/875-6700 (fax)

Attorneys for Defendants Terayon
Communication Systems, Inc., Zaki Rakib,
Shlomo Rakib, and Raymond M. Fritz

I, Jeffrey W. Lawrence, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Modifying Case Schedule.  In compliance with General Order 45, X.B., I hereby attest that Thad A. Davis has concurred in this filing.

/s/
JEFFREY W. LAWRENCE

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED: March 3, 2006

THE HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Terayon\STP00028595.doc

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Marilyn H. Patel]*

STIP AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE RE SUPPLEMENTAL EXPERT REPORTS ONLY (ALL OTHER DATES TO REMAIN UNCHANGED) - C-00-1967-MHP         - 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/
JEFFREY W. LAWRENCE

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:JeffreyL@lerachlaw.com

Civil • Criminal • Query • Reports • Utilities • Logout 

# Mailing Information for a Case 3:00-cv-01967-MHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Martin D. Chitwood**
  mdc@classlaw.com las@classlaw.com;tft@classlaw.com

- **Thad Alan Davis**
  thaddavis@quinnemanuel.com

- **Amber L. Eck**
  e_file_sd@lerachlaw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Jeffrey W. Lawrence**
  jeffreyl@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Robert C. Schubert**
  rschubert@schubert-reed.com

- **Christopher Paul Seefer**
  chriss@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;KiyokoF@lerachlaw.com

- **Jennie L. Wang**
  jenniewang@quinnemanuel.com amberburns@quinnemanuel.com

- **Douglas R. Young**
  cfisher@fbm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Mark W. Bayer**
Gardere Wynne Sewell LLP
300 Thanksgiving Tower
Dallas, TX 75201

**Brian A. Eddington**
Law Offices of Brian A. Eddington
8941 Jefferson Highway
Ste. 200
Baton Rouge, LA 90809

**Charles J. Landy**
Shaw Pittman LLP
2300 N Street, N.W.
Washington, DC 20037

**Sandy A. Liebhard**
Bernstein Liebhard & Lifshitz
10 East 40th St
New York, NY 10016