UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re TERAYON COMMUNICATION SYSTEMS, INC. SECURITIES LITIGATION | Master File No. C-00-1967-MHP <u>CLASS ACTION</u> |
| This Document Relates to:<br><br>ALL ACTIONS. | **FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE** |

1    This matter came before the Court for hearing pursuant to an Order of this Court, filed July 25, 2006, on the application of the Settling Parties for approval of the settlement set forth in the Stipulation of Settlement dated as of March 17, 2006 (the "Stipulation"). Due and adequate notice having been given of the settlement as required in said Order, and the Court having considered all papers filed and proceedings held herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Judgment incorporates by reference the definitions in the Stipulation, and all terms used herein shall have the same meanings set forth in the Stipulation.

2. This Court has jurisdiction over the subject matter of the Litigation and over all parties to the Litigation, including all Members of the Class.

3. Except as to any individual claim of those Persons (identified in Exhibit 1 attached hereto) who have validly and timely requested exclusion from the Class, the Litigation and all claims contained therein, including all of the Released Claims, are dismissed with prejudice as to the Lead Plaintiffs and the other Members of the Class, and as against each and all of the Released Persons. The parties are to bear their own costs, except as otherwise provided in the Stipulation.

4. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court hereby approves the settlement set forth in the Stipulation and finds that said settlement is, in all respects, fair, reasonable and adequate to, and is in the best interests of, the Lead Plaintiffs, the Class and each of the Class Members. This Court further finds the settlement set forth in the Stipulation is the result of arm's-length negotiations between experienced counsel representing the interests of the Lead Plaintiffs, the Class Members and the Defendants. Accordingly, the settlement embodied in the Stipulation is hereby approved in all respects and shall be consummated in accordance with its terms and provisions. The Settling Parties are hereby directed to perform the terms of the Stipulation.

5. Upon the Effective Date, the Lead Plaintiffs and each of the Class Members shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished and discharged all Released Claims against the Released Persons, whether or not such Class Member executes and delivers a Proof of Claim and Release form.

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH
PREJUDICE - C-00-1967-MHP                                                                                    - 1 -

6. All Class Members are hereby forever barred and enjoined from prosecuting the Released Claims against the Released Persons.

7. Upon the Effective Date hereof, each of the Released Persons shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished and discharged each and all of the Class Members and Co-Lead Counsel from all claims (including Unknown Claims), arising out of, relating to, or in connection with the institution, prosecution, assertion, settlement or resolution of the Litigation or the Released Claims.

8. The distribution of the Notice of Proposed Settlement of Class Action and the publication of the Summary Notice as provided for in the Order Preliminarily Approving Settlement and Providing for Notice constituted the best notice practicable under the circumstances, including individual notice to all Members of the Class who could be identified through reasonable effort. Said Notice provided the best notice practicable under the circumstances of those proceedings and of the matters set forth therein, including the proposed settlement set forth in the Stipulation, to all Persons entitled to such notice, and said Notice fully satisfied the requirements of Federal Rule of Civil Procedure 23, the requirements of due process, and any other applicable law.

9. Any plan of allocation submitted by Co-Lead Counsel or any order entered regarding the attorneys' fee and expense application shall in no way disturb or affect this Final Judgment and shall be considered separate from this Final Judgment.

10. Neither the Stipulation nor the settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the settlement: (a) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any Released Claim, or of any wrongdoing or liability of the Defendants; or (b) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of the Defendants in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal. Defendants may file the Stipulation and/or the Judgment in any other action that may be brought against them in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH
PREJUDICE - C-00-1967-MHP - 2 -

1  11. Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over (a) implementation of this settlement and any award or distribution of the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund; (c) hearing and determining applications for attorneys' fees and expenses in the Litigation; and (d) all parties hereto for the purpose of construing, enforcing and administering the Litigation or the Stipulation.

12. The Court finds that during the course of the Litigation, the Settling Parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11.

13. In the event that the settlement does not become effective in accordance with the terms of the Stipulation or the Effective Date does not occur, or in the event that the Settlement Fund, or any portion thereof, is returned to the Defendants, then this Judgment shall be rendered null and void to the extent provided by and in accordance with the Stipulation and shall be vacated and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Stipulation.

DATED: September 28, 2007

THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

Submitted by:

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
JOY ANN BULL

JOY ANN BULL

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH
PREJUDICE - C-00-1967-MHP                                                    - 3 -

- 4 -

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
JEFFREY W. LAWRENCE
CHRISTOPHER P. SEEFER
ELI R. GREENSTEIN
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

BERNSTEIN LIEBHARD & LIFSHITZ, LLP
SANDY A. LIEBHARD
KEITH M. FLEISCHMAN
JEFFREY M. HABER
TIMOTHY J. MacFALL
10 East 40th Street
New York, NY 10016
Telephone: 212/779-1414
212/779-3218 (fax)

Co-Lead Counsel for Plaintiffs

S:\Settlement\Terayon.set\JUDGMENT 00034628.doc

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH
PREJUDICE - C-00-1967-MHP      - 4 -

**EXHIBIT 1**

9/29/2003

**In Re Terayon Communication Securities Litigation**
**Opt Out Listing received to date**
**RG/2 Claims Administration LLC**

|   | Name & Address | Date Received | Date Postmarked |
|---|---|---|---|
| 1 | Shaw Communications Inc.<br>Suite 900, 630 3rd Avenue S.W.<br>Clagary, Alberta T2P 4L4<br>Telephone 403-750-4500<br>Fax         403-716-6544 | May 6, 2003 | April 29, 2003 |
| 2 | Allen L. Schwartz<br>5135 Lake Bluff<br>West Bloomfield, MI 48334 | May 20, 2003 | May 16, 2003 |
| 3 | Jeff Hill<br>1527 Prosperity Ct.<br>San Jose, CA 95131 | May 27, 2003 | May 19, 2003 |
| 4 | Nancy and Joseph Morris<br>1100 Susquehanna Ave<br>West Pittston, PA 18643 | June 3, 2003 | May 27, 2003 |
| 5 | John P. Watt Family Trust<br>c/o John Watt/ Judy Watt, co-Trustees<br>24 Gerona Dr.<br>Rancho Mirage, CA 92270 | June 3, 2003 | May 27, 2003 |
| 6 | Jack Kratas<br>603 Sooy Lane<br>Absecon, NJ 08201 | June 3, 2003 | May 29, 2003 |
| 7 | Robert R. Wagner<br>13248 S.E. 276th Street<br>Kent, WA 98042 | June 3, 2003 | May 30, 2003 |
| 8 | Greg Heifler<br>610 Turlington Ct.<br>Livingston, NJ 070 | June 12, 2003 | June 2, 2003 |
| 9 | Henry L. Busuttil<br>1853 Sunbury Street<br>Escondido, CA 92026 | June 17, 2003 | June 9, 2003 |
| 10 | Frank Bray<br>7604 Dornoch Lane<br>Dallas, TX 75248 | June 17, 2003 | June 9, 2003 |

**Exhibit 1**

1

9/29/2003

| | Name & Address | Date Received | Date Postmarked |
|---|---|---|---|
| 11 | Jefferson D. Pestridge<br>303 Ridgemont<br>San Antonio, Texas 78209-54250 | June 19, 2003 | June 3, 2003 |
| 12 | Lloyd D. Ashford<br>855 Trosper Road SW #108-120<br>Tumwater, WA 98512 | June 19, 2003 | June 10, 2003 |
| 13 | Marcella Francese Enos<br>8946 Sunset Ave<br>Fair Oaks, CA 95628 | June 19, 2003 | June 12, 2003 |
| 14 | Dona Singlehurst<br>PO Box 546<br>Waialau, HI 96791 | July 8, 2003 | June 30, 2003 |
| 15 | LaVerne D. Garfield<br>92-1278 Hunekai Street<br>Kapolei, HI 96707-1541 | July 8, 2003 | June 30, 2003 |
| 16 | Adolph M. Directo<br>92-1278 Hunekai Street<br>Kapolei, HI 96707-1541 | July 8, 2003 | June 30, 2003 |
| 17 | Christopher C. Sutor/ Keith M. Sutor<br>1820 Montana Sky Drive<br>Austin, TX 78727-6368 | July 8, 2003 | July 1, 2003 |
| 18 | Christopher C. Sutor/ Eileen N. Sutor<br>1820 Montana Sky Drive<br>Austin, TX 78727-6368 | July 8, 2003 | July 1, 2003 |
| 19 | Mrs. Lynn Dongieux<br>1435 Kimwood Drive<br>Jackson, MS 39211 | July 15, 2003 | July 9, 2003 |