UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re TERAYON COMMUNICATION SYSTEMS, INC. SECURITIES LITIGATION )<br>)<br>_____ )<br>)<br>This Document Relates to: )<br>)<br>ALL ACTIONS. )<br>)<br>_____ ) | Master File No. C-00-1967-MHP<br><br><u>CLASS ACTION</u><br><br>**ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** |

1. THIS MATTER having come before the Court on September 25, 2006, on the application of Co-Lead Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Litigation; the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this Litigation to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of March 17, 2006 (the "Stipulation").

2. This Court has jurisdiction over the subject matter of the application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Co-Lead Counsel attorneys' fees of 30% of the Settlement Fund and reimbursement of expenses in an aggregate amount of $1,351,671.19 together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees shall be allocated by Co-Lead Counsel in a manner which, in their good faith judgment, reflects each counsel's contribution to the institution, prosecution and resolution of the Litigation. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4. The awarded attorneys' fees and expenses, and interest earned thereon, shall be paid from the Settlement Fund immediately after the date this Order is executed subject to the terms,

ORDER AWARDING ATTORNEYS' FEES, ETC.
~~NOTICE OF MOTION & MEMO OF P'S & A'S IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT & THE PLAN ALLOCATION OF SETTLEMENT PROCEEDS~~ - C-00-1967-MHP        - 1 -

1  conditions, and obligations of the Stipulation and in particular ¶6.2 thereof, which terms, conditions,
2  and obligations are incorporated herein.
3  IT IS SO ORDERED.
4
5  DATED: September 28, 2007
                                                    THE HONORABLE MARILYN H. PATEL
6                                                   UNITED STATES DISTRICT JUDGE
7
8  Submitted by:
9  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
10 WILLIAM S. LERACH
   JOY ANN BULL
11
12
        JOY ANN BULL
13
14 655 West Broadway, Suite 1900
   San Diego, CA  92101
15 Telephone: 619/231-1058
   619/231-7423 (fax)
16
   LERACH COUGHLIN STOIA GELLER
17   RUDMAN & ROBBINS LLP
   PATRICK J. COUGHLIN
18 JEFFREY W. LAWRENCE
   CHRISTOPHER P. SEEFER
19 ELI R. GREENSTEIN
   100 Pine Street, Suite 2600
20 San Francisco, CA  94111
   Telephone: 415/288-4545
21 415/288-4534 (fax)

22 BERNSTEIN LIEBHARD & LIFSHITZ,
   LLP
23 SANDY A. LIEBHARD
   KEITH M. FLEISCHMAN
24 JEFFREY M. HABER
   TIMOTHY J. MacFALL
25 10 East 40th Street
   New York, NY  10016
26 Telephone: 212/779-1414
   212/779-3218 (fax)
27
   Co-Lead Counsel for Plaintiffs
28 S:\Settlement\Terayon.set\ORDER FEE 00034626.doc

[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES
- C-00-1967-MHP                                                                                    - 2 -