UNITED STATES  DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re TERAYON COMMUNICATION SYSTEMS, INC. SECURITIES LITIGATION | Master File No. C-00-1967-MHP |
| | CLASS ACTION |
| This Document Relates to: | |
| ALL ACTIONS. | **ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** |

UNITED STATES DISTRICT COURT
For the Northern District of California

1    THIS MATTER having come before the Court on September 25, 2006, on the application of

2  Co-Lead Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the

3  Litigation; the Court, having considered all papers filed and proceedings conducted herein, having

4  found the settlement of this Litigation to be fair, reasonable and adequate and otherwise being fully

5  informed in the premises and good cause appearing therefor;

6    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

7    1.    All of the capitalized terms used herein shall have the same meanings as set forth in

8  the Stipulation of Settlement dated as of March 17, 2006 (the "Stipulation").

9    2.    This Court has jurisdiction over the subject matter of the application and all matters

10  relating thereto, including all Members of the Class who have not timely and validly requested

11  exclusion.

12    3.    The Court hereby awards Co-Lead Counsel attorneys' fees of 30% of the Settlement

13  Fund and reimbursement of expenses in an aggregate amount of $1,351,671.19 together with the

14  interest earned thereon for the same time period and at the same rate as that earned on the Settlement

15  Fund until paid.  Said fees shall be allocated by Co-Lead Counsel in a manner which, in their good

16  faith judgment, reflects each counsel's contribution to the institution, prosecution and resolution of

17  the Litigation.  The Court finds that the amount of fees awarded is fair and reasonable under the

18  "percentage-of-recovery" method.

19    4.    The awarded attorneys' fees and expenses, and interest earned thereon, shall be paid

20  from the Settlement Fund immediately after the date this Order is executed subject to the terms,

21

22

23

24

25

26

27

28  ORDER AWARDING ATTORNEYS' FEES, ETC.
NOTICE OF MOTION & MEMO OF P'S & A'S IN SUPPORT OF FINAL APPROVAL OF
SETTLEMENT & THE PLAN ALLOCATION OF SETTLEMENT PROCEEDS – C-00-1967-MHP    - 1 -

1 | conditions, and obligations of the Stipulation and in particular ¶6.2 thereof, which terms, conditions,

2 | and obligations are incorporated herein.

3 | IT IS SO ORDERED.

4

5 | DATED: September 28, 2007

                   THE HONORABLE MARILYN H. PATEL

6 |                    UNITED STATES DISTRICT JUDGE

7

8 | Submitted by:

9 | LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP

10 | WILLIAM S. LERACH
JOY ANN BULL

11

12

13 | JOY ANN BULL

14 | 655 West Broadway, Suite 1900
San Diego, CA  92101

15 | Telephone: 619/231-1058
619/231-7423 (fax)

16 | LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP

17 | PATRICK J. COUGHLIN
JEFFREY W. LAWRENCE

18 | CHRISTOPHER P. SEEFER
ELI R. GREENSTEIN

19 | 100 Pine Street, Suite 2600
San Francisco, CA  94111

20 | Telephone: 415/288-4545
415/288-4534 (fax)

21

22 | BERNSTEIN LIEBHARD & LIFSHITZ,
LLP

23 | SANDY A. LIEBHARD
KEITH M. FLEISCHMAN

24 | JEFFREY M. HABER
TIMOTHY J. MacFALL

25 | 10 East 40th Street
New York, NY  10016

26 | Telephone: 212/779-1414
212/779-3218 (fax)

27 | Co-Lead Counsel for Plaintiffs

28 | S:\Settlement\Terayon.set\ORDER FEE 00034626.doc
[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES
- C-00-1967-MHP                                               - 2 -